No. 68643.—Weigert-Dagen Shoe Co., Inc. *v.* United States, protest 150031–K (Laredo).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of footwear similar in all material respects to that the subject of *United States* v. *A. J. Taylor of Santa Fe, New Mexico* (48 CCPA 97, C.A.D. 772), the claim of the plaintiff was sustained.

No. 68644.—P. L. Thomas & Co., Inc. *v.* United States, protests 63/19454 and 63/19455 (Philadelphia).

. Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of coffee stirrers similar in all material respects to those the subject of Abstract 67164, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 16, 1964

No. 68645.—World Wide Services, Inc. *v.* United States, protest 63/20499 (New York).

Opinion by DONLON, J.  An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68646.—Van Oppen & Co., Inc. *v.* United States, protest 63/21081 (New York).

Opinion by DONLON, J.  An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.